UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| ROGER WEBB, | Case No.  2:23-cv-11804-LJM-CI |
| Plaintiff, | **STIPULATION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et. al. | |
| Defendants. | |

---

Plaintiff Roger Webb, and Defendant Experian Information Solutions, Inc. ("Experian"), pursuant to Federal Rules of Civil Procedure 41(a)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss all claims in this action as to Experian, with prejudice, and with each party to bear its own attorneys' fees and costs.

Dated: May 23, 2024

| | |
|---|---|
| */s/ Elliot Gale* | */s/ Sean T.H. Dutton* |
| Elliot Gale (Bar #p85770) | Sean T.H. Dutton (Bar #P77515) |
| Gale, Angelo, & Johnson P.C. | Troutman Pepper Hamilton Sanders LLP |
| 2999 Douglas Blvd., Ste. 111 | 4000 Town Center, Ste. 1800 |
| Roseville, CA 95747 | Southfield, MI 48075 |
| Telephone: (916) 290-7778 | Telephone: (248) 359-7323 |
| Email: egale@gajplaw.com | Email: sean.dutton@troutman.com |