UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROGER WEBB,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 23-11804<br>Honorable Laurie J. Michelson |

## ORDER OF DISMISSAL

Pursuant to the Plaintiff's Notice of Voluntary Dismissal of Defendant U.S. Small Business Administration (ECF No. 15) and the parties' May 30, 2024, Stipulation to Dismiss Experian Information Solutions, Inc. with Prejudice (ECF No. 16), the Court considers this case to be dismissed and will close the case without further order. Therefore, this case is hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)((A)(ii).

    SO ORDERED.

Dated: May 31, 2024

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE